### J. C. Blakemore vs. R. M. Blakemore.

Gunby, J,  There can be no arbitration without a *submission*, which must be in writing; C. C. 3100; therefore, the friendly and neighborly settlement, drawn up by so-called arbitrators without a written submission, can have no legal or binding effect.

2.   Where open accounts have been thus settled, even though the settlement be ratified, either party may attack errors in the accounts and the justness of the settlement.

3.   A partnership cannot be settled by piece-meal, by giving to each partner his interest in specific property ; the affairs of the entire partnership must be stated and settled at once.

### A. K. Bonham & Co. vs. Chaffe & Powell and J. W. Davis.

Clinton, J.   Under Articles 1982 and 1983 C. C., when a sale is revoked as simulated, at the suit of one creditor, he has no right to be paid out of the proceeds in preference to other creditors ; but the property is placed back, as regards conflicting creditors, just as it was before the pretended sale took place.   In regular revocatory actions it is different ; for, in such actions, the sale is only revoked in so far as it affects the complaining creditor, and others have no right to share in the fruits of his vigilance.   C. C. 1977.

### A. M. Silbernagel vs. Douglas, Sheriff, et al.

Gunby, J.   Under C. P. 722, a seizing creditor acquires a privilege on the property seized, and a subsequent creditor, by payment of such creditor's judgment, is legally subrogated to such privilege.   C. C. 2161.

2.   But if the sale takes place under a subsequent seizure, and before the day of sale the first *fi. fa.* has expired, all rights gained by the seizure thereunder are lost.